UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                         Case No. 22-mc-51721
                                         Honorable Linda V. Parker

ARTHUR RATHBURN,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO RETURN PROPERTY AS MOOT

This matter is before the Court on Defendant's motion for the return of property related to search warrants performed in 2013. (ECF No. 1) The government stated in its response that the FBI has repeatedly attempted to contact Mr. Rathburn to make arrangements for the return of all seized property, except for (1) human remains and tissue and (2) documents containing Personally Identifiable Information (PII). (ECF No 3) Pursuant to the Court's Order of October 19, 2019, all human remains seized in the 2013 search warrants were deemed abandoned and have since been cremated. (16-cr-20043, ECF No. 196) Mr. Rathburn has not returned the FBI's calls or made any other contact besides filing the letter currently at issue. (ECF No. 1)

If Mr. Rathburn wishes to claim any property seized during the 2013 search warrants, he should call the main line of the FBI's Detroit office, leave a current

number at which he can be reached, and request a return phone call so that the FBI may address his request **before** he files a renewed motion to return property. For the foregoing reasons, Defendant's Motion for Return of Seized Property (ECF No. 1) is **DENIED AS MOOT**.

    **SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: November 26, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 26, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan  
Case Manager